___ FILED      ___ ENTERED
___ LODGED   ___ RECEIVED

SEP 12 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Magistrate Judge Donobue

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.    MJ13-453 |
| Plaintiff, | |
| v. | GOVERNMENT'S MOTION FOR DETENTION |
| WARARAT SUKANTHA, | |
| Material Witness. | |

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3144.

1. **Eligibility of Case.** This case is eligible for a detention order because this case involves a material witness who poses a risk of flight.

2. **Reason for Detention.** The Court should detain the material witness because there are no conditions of release which will reasonably assure the material witness's appearance at trial.

3.      **Time for Detention Hearing.**  The United States requests the Court conduct the detention hearing at the initial appearance.

DATED this 12th day of September, 2013

>   Respectfully submitted,
>   JENNY A. DURKAN
>   United States Attorney
>
>   _____
>   YE-TING WOO
>   Assistant United States Attorney

MOTION FOR DETENTION- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970