**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| In re Material Witness:<br><br>WARARAT SUKANTHA | NO. MJ13-453<br><br>DETENTION ORDER<br>Material Witness |

<u>Offense charged</u>:  Material Witness

<u>Date of Detention Hearing</u>:    September 12, 2013

        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f) and 3144, and based upon the factual findings and statement of reasons hereafter set forth, finds that detention is necessary to adequately secure the testimony of the material witness, and to prevent a failure of justice.

        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Ms. Sukantha was arrested on a material witness warrant in the matter of <u>United States of America v. Unruean Aboulafia, et al.</u>, CR13-65-JCC, upon finding that her testimony was material and that without the warrant it could be impracticable to secure her presence has required.  She made her initial appearance in this Court on September 12, 2013.

    (2)    The United States has moved to detain Ms. Sukantha pursuant to 18 U.S.C. § 3144 a reasonable period until her testimony can be taken pursuant to the Federal Rules of Criminal Procedure.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

(3) The Court finds that further detention is necessary to prevent a failure of justice. The material witness will be detained until her testimony can adequately be secured.

It is therefore ORDERED:

(1) The material witness shall be detained pending the taking of her testimony and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) The material witness shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which material witness is confined shall deliver the material witness to a United States Marshal for the purpose of an appearance in connection with a court proceeding or for providing testimony in connection with a case pending in this court; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the material witness, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 13th day of September, 2013.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge