AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. MJ13-453 |
| WARARAT SUKANTHA, Material Witness | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   WARARAT SUKANTHA ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☒ Order of the Court

This offense is briefly described as follows:

Material Witness under Title 18, U.S.C. Section 3144

Date: September 10, 2013

_____
*Issuing officer's signature*

City and state:   Seattle, Washington

James P. Donohue, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 09/10/2013, and the person was arrested on *(date)* 09/12/2013
at *(city and state)* Tacoma, WA.

Date: 09/12/13

_____
*Arresting officer's signature*

Caleb D Livermore Special Agent
*Printed name and title*

[Certified True Copy stamp: ATTEST: WILLIAM M. McCOOL, Clerk, U.S. District Court, Western District of Washington, By Deputy Clerk]