Magistrate Judge Donohue

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE MATERIAL WITNESS PROCEEDINGS, | NO. MJ13-453<br><br>GOVERNMENT'S MOTION TO QUASH MATERIAL WITNESS WARRANT |

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Ye-Ting Woo, Assistant United States Attorney, files this motion to quash the material witness warrant issued on September 10, 2013, in the above-entitled cause number, as to material witness Wararat Sukantha. The government affirms that Wararat Sukantha has complied with her obligations as a material witness in the matter of *United States v. Unruean Aboulafia, et al.,* CR13-65JCC, and thus, should be released from the custody of the United States Marshal, and returned to the custody of Immigration and Customs Enforcement.

Dated this 11th day of October, 2013.

Respectfully submitted,

/Ye-Ting Woo
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101

Government's Motion to Quash Warrant
MJ13-453 - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970